| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **MEnD Correctional Care, PLLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **26-2633947**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1908 Krutchen Court South** <br> **Sartell, MN 56377** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Stearns** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.mendcare.com**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **MEnD Correctional Care, PLLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **MEnD Correctional Care, PLLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **MEnD Correctional Care, PLLC** _____  Case number (*if known*)_____
    <sub>Name</sub>

    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **MEnD Correctional Care, PLLC**  Case number (*if known*)
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/30/2022**
                MM / DD / YYYY

X **/s/ Todd Leonard, MD CCHP-P**           **Todd Leonard, MD CCHP-P**
Signature of authorized representative of debtor       Printed name

Title  **President & Chief Medical Officer**

**18. Signature of attorney**

X **/s/ Steven B. Nosek**           Date  **11/30/2022**
Signature of attorney for debtor              MM / DD / YYYY

**Steven B. Nosek 79960**
Printed name

**Steven B. Nosek, P.A.**
Firm name

**Attorney at Law**
**2812 Anthony Lane S, #200**
**St. Anthony, MN 55418**
Number, Street, City, State & ZIP Code

Contact phone  **612-335-9171**     Email address  **snosek@noseklawfirm.com**

**79960 MN**
Bar number and State

Fill in this information to identify the case:

Debtor name: **MEnD Correctional Care, PLLC**
United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Afco<br>5600 North River Rd<br>Suite 400<br>Rosemont, IL 60018-5187 | | | | | | $175,512.54 |
| Anthony Ostlund Louwagie Dressen<br>Rebecca Vaugn Off. Mgr.<br>90 S 7th St, Ste 3600<br>Minneapolis, MN 55402 | | | | | | $5,790.00 |
| Boeckerman, Grafstrom & Mayer<br>7900 Xerxes Avenue South<br>Suite 1200<br>Brooklyn Center, MN 55430 | | | | | | $7,500.00 |
| Consolidated Contracting<br>695 Heritage Drive<br>Sartell, MN 56377 | | | | | | $6,000.00 |
| Frekrikson & Byron<br>PO Box 1484<br>Minneapolis, MN 55480-1484 | | | | | | $600,301.69 |
| Fusion<br>10 Woodbridge Ct Drive<br>Suite 4000<br>Woodbridge, NJ 07095 | | | | | | $30,000.00 |
| Indeed, Inc.<br>Mail Code 5160<br>PO Box 660367<br>Dallas, TX 75266-0367 | | | | | | $30,000.00 |

Debtor **MEnD Correctional Care, PLLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jennifer Margaret Pearl Dombovy** 157 North Starr AVenue New Richmond, WI 54017 | | | | | | $6,666.67 |
| **Khider Elnimeiry** 650 Sprin Street Sun Prairie, WI 53590 | | **Contract Employee** | | | | $12,000.00 |
| **Kimberly Kay Grob** 20225 Jubilee Drive Silver Lake, MN 55381 | | | | | | $5,113.33 |
| **Larson King Linda Yang** 30 E 7th Street #2800 Saint Paul, MN 55101 | | | | | | $68,374.86 |
| **Maxim Healthcare** 8421 Wayzata Blvd, Ste 320 Golden Valley, MN 55426 | | | | | | $40,000.00 |
| **MMA** 62886 Collection Center Drive Chicago, IL 60693 | | | | | | $60,000.00 |
| **Otjen Law Firm, S.C. Teresa Summerfield Brown** PO Box 681065 Chicago, IL 60695-2065 | | | | | | $15,381.95 |
| **Roger Melvin Boettccher** 3656 75th Ave Princeton, MN 55371 | | | | | | $8,333.34 |
| **Steven Scurr DO** 33150 L Avenue Beaman, IA 50609 | | **Contract Employe** | | | | $8,000.00 |
| **Thrifty White Pharmacy** PO BOx 41910 Plymouth, MN 55441 | | | | | | $6,500.00 |
| **Todd Leonard** c/o MEnD Correctional Care 1908 Krutchen Ct South Sartell, MN 56377 | | | | | | $240,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

| Debtor | **MEnD Correctional Care, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Health Care<br>PO Box 94017<br>Palatine, IL 60094** | | **Employee Health Insurance** | | | | $38,000.00 |
| **United Health Care<br>PO Box 860511<br>Minneapolis, MN 55486** | | **Cafeteria Plan** | | | | $7,700.00 |

ADDYSON M. CONRAD
1230 E AUER AVENUE
APT. 201
MILWAUKEE WI 53212

BRENT JAMES ANDERSON
1251 10TH AVE NE
APT 327
SAUK RAPIDS MN 56379

FUSION
10 WOODBRIDGE CT DRIVE
SUITE 4000
WOODBRIDGE NJ 07095

AFCO
5600 NORTH RIVER RD
SUITE 400
ROSEMONT IL 60018-5187

CASEY KATHLEEN DONARSKI
2020 65TH AVE S
FARGO ND 58104

HANOVER INSURANCE
PO BOX 580045
CHARLOTTE NC 28258-0045

AFCO
PO BOX 360572
PITTSBURGH PA 15250-6572

CHARTER COMMUNICATIONS
PO BOX 94188
PALATINE IL 60094

HEIDI LYNN BLOKZYL
1508 MONOGALIA AVE SW
WILLMAR MN 56201

AGUSTA ELECTRIC
23848 67TH AVENUE
SAINT CLOUD MN 56301

CHELSEA SUZANNE FENSKE
107 S 11TH STREET
MONTEVIDEO MN 56265

HOLLY YORK, NP
10163 3RD STREET NW
WATERTOWN SD 57201

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

CHERRI LYNN DRUMMER
518 N CENTER STREET
MARSHALLTOWN IA 50158

INDEED, INC.
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

ANGELA KRISTEN ELFERING
PO BOX 423
406 6TH STREET
DANUBE MN 56230

CONSOLIDATED CONTRACTING
695 HERITAGE DRIVE
SARTELL MN 56377

INTEGRATED CONSULTING SERV
CRAIG SIIRO
4917 WEST 93RD STREET
BLOOMINGTON MN 55437

ANTHONY CALEB BUSS
13274 BROOKSIDE ROAD
SOUTH HAVEN MN 55382

DEBRA L HEBERLING
6424 GREEN RIDGE DRIVE
RACINE WI 53406

J AUSTIN
4828 QUEEN AVENUE SOUTH
MINNEAPOLIS MN 55410

ANTHONY OSTLUND LOUWAGIE DRESSEN
REBECCA VAUGN OFF. MGR.
90 S 7TH ST, STE 3600
MINNEAPOLIS MN 55402

ELJAY PLUMBING
520
APOLLO AVENUE NE
SAINT CLOUD MN 56304

JAMES L. ALLEN
7829 NORTH 60TH
APT 29E
MILWAUKEE WI 53223

ASHLEY JANAY BRADFORD
5010 BISCAYNE AVENUE
APT 8
RACINE WI 53406

ELIZABETH ASHLEY ASMONDY
3817 WYOMING WAY
RACINE WI 53404

JENNIFER MARGARET PEARL DO
157 NORTH STARR AVENUE
NEW RICHMOND WI 54017

BOECKERMAN, GRAFSTROM & MAYER
7900 XERXES AVENUE SOUTH
SUITE 1200
BROOKLYN CENTER MN 55430

FREKRIKSON & BYRON
PO BOX 1484
MINNEAPOLIS MN 55480-1484

JENNIFER MARIE ELMORE
107 E 6TH AVENUE
SLATER IA 50244

KAREN ELIZABETH GERDES
1100 162ND AVENUE
MILAN IL 61264

MARCO
NW 7128
PO BOX 1450
MINNEAPOLIS MN 55485-7128

PRECISE
628 19TH AVENUE NE
SAINT JOSEPH MN 56374


KARLY RAYANN HASSEBROCK
16684 110TH STREET
ALDEN IA 50006

MARCO
PO BOX 41602
PHILADELPHIA PA 19101

RANDELL JOHN HENDERSON
33993 725TH AVENUE
SAINT JAMES MN 56081


KENNETH WAYNE FREEMAN
102 SPRUCE STREET SE
FOUNTAIN MN 55935

MAXIM HEALTHCARE
8421 WAYZATA BLVD, STE 320
GOLDEN VALLEY MN 55426

RAVEN DIAZ GUERRERO
3813 89TH STREET
APT 4
KENOSHA WI 53142


KHIDER ELNIMEIRY
650 SPRIN STREET
SUN PRAIRIE WI 53590

MCKESSON
PO BOX 936279
ATLANTA GA 31193-6279

REBECCA MARTHA DANIELS
2813 ENOCH AVENUE
ZION IL 60099


KIMBERLY KAY GROB
20225 JUBILEE DRIVE
SILVER LAKE MN 55381

MCKESSON CORPORATION
6651 GATE PARKWAY
JACKSONVILLE FL 32256

REDWOOD TOXICOLOGY
PO BOX 14327
SANTA ROSA CA 95402


KJERSTI LYNNE GOLDEN
12138 THREE MILE ROAD
BRAINERD MN 56401

MEGAN ELIZABETH DEVICTORIA
4813 21ST AVENUE
KENOSHA WI 53140

ROGER MELVIN BOETTCCHER
3656 75TH AVE
PRINCETON MN 55371


LAINE AMELIA HENKE
2200 NORTHWESTERN AVENUE
UNIT 313
RACINE WI 53404

MMA
62886 COLLECTION CENTER DRIVE
CHICAGO IL 60693

SFM INSURANCE
PO BOX 9416
MINNEAPOLIS MN 55440


LARSON KING
LINDA YANG
30 E 7TH STREET #2800
SAINT PAUL MN 55101

NATHAN A. EASTWOOD
6205 ESTATE CIRCLE DRIVE
BRAINERD MN 56401

SHAYLA M. FRUTH
402 S 10TH STREET
OLIVIA MN 56277


LETITIA N DOTSON
4101 W CHERRYWOOD LANE
BROWN DEER WI 53209

OTJEN LAW FIRM, S.C.
TERESA SUMMERFIELD BROWN
PO BOX 681065
CHICAGO IL 60695-2065

SIRIUS XM RADIO
PO BOX 71170
PHILADELPHIA PA 19176


LISA A ERLANDSON
106 E PRAIRIE AVENUE
MABEL MN 55954

PAULA MARIE BUTENAS
619 N ARMSTRONG AVE
LITCHFIELD MN 55355

STEVEN SCURR DO
33150 L AVENUE
BEAMAN IA 50609

SUPERIOR POINT
PO BOX 9403
MINNEAPOLIS MN 55440


TASHA LETA BELL
8875 REITZ LAKE RD
WACONIA MN 55387


THRIFTY WHITE PHARMACY
PO BOX 41910
PLYMOUTH MN 55441


TODD LEONARD
C/O MEND CORRECTIONAL CARE
1908 KRUTCHEN CT SOUTH
SARTELL MN 56377


UNITED HEALTH CARE
PO BOX 94017
PALATINE IL 60094


UNITED HEALTH CARE
PO BOX 860511
MINNEAPOLIS MN 55486


XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

# United States Bankruptcy Court
### District of Minnesota

In re  **MEnD Correctional Care, PLLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MEnD Correctional Care, PLLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**11/30/2022**  
Date

**/s/ Steven B. Nosek**  
**Steven B. Nosek 79960**  
Signature of Attorney or Litigant  
Counsel for **MEnD Correctional Care, PLLC**  
**Steven B. Nosek, P.A.**  
**Attorney at Law**  
**2812 Anthony Lane S, #200**  
**St. Anthony, MN 55418**  
**612-335-9171 Fax:612-789-2109**  
**snosek@noseklawfirm.com**