**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: MEnD Correctional Care, PLLC,　　　　　　　　　　Case No. 22-

　　　　　Debtors.

**NOTICE OF INTENTION TO**
**SEEK EXPEDITED HEARING**

The debtor in the above Chapter 11 case, gives notice that it intends to seek expedited hearings on the following matters (check all that apply):

- ☐ JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRUPTCY CASES

- ☐ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY FRBP 1007(b)

- ☐ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

- ☑ MOTION TO PAY PRE-PETITION WAGES, SALARIES AND RELATED BENEFITS

- ☐ MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

- ☐ MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO § 364(c) OF THE BANKRUPTCY CODE

- ☐ MOTION FOR ORDER UNDER § 366 OF THE BANKRUPTCY CODE WITH RESPECT TO UTILITY SERVICE

- ☐ MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

- ☐ MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS

- ☐ MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PRE-PETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (e.g. GIFT CERTIFICATES, LAYAWAY CLAIMS, WARRANTY CLAIMS, REFUND POLICIES)

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF SALES AND USE TAXES

- [ ] MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO § 546(g) OF THE BANKRUPTCY CODE

- [ ] MOTION FOR ORDER AUTHORIZING POST-PETITION DELIVERY OF GOODS ORDERED BY CUSTOMERS PRE-PETITION

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS

- [ ] MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PRE-PETITION CLAIMS OF SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS

- [ ] MOTION FOR ORDER PERMITTING DEBTOR TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS

- [ ] MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES AND/OR ALLOWANCE OF 503(b) CLAIMS

- [ ] MOTION FOR ORDER REJECTING LEASES