**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: MEnD Correctional Care, PLLC, | Court Case No. 22-60407 (MER) |
| Debtor. | Chapter 11 |

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of the County of Dakota, Minnesota ("Dakota County"), creditor, and party-in-interest in the above-captioned case. Pursuant to Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), the undersigned requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, be given and served upon its attorney of record as follows:

Alemayehu Z. Ditamo
Assistant County Attorney
Dakota County Judicial Center
1560 Highway 55
Hastings, Minnesota 55033
al.ditamo@co.dakota.mn.us

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and any other Federal Rule of Bankruptcy Procedure or statute, including, but not limited to, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect this case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Dakota County's right to have final orders in non-core matters entered only

after *de novo* review by a District Court Judge; (ii) Dakota County's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Dakota County's right to have the reference withdrawn by the District Court in any matters subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Dakota County is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a trial by jury.

Dated:  December 12, 2022        KATHRYN M. KEENA
　　　　　　　　　　　　　　　　DAKOTA COUNTY ATTORNEY

　　　　　　　　　　　　　　　　By:  /s/ *Alemayehu Z. Ditamo*
　　　　　　　　　　　　　　　　　　Alemayehu Z. Ditamo (MN Bar No. 0399203)
　　　　　　　　　　　　　　　　　　al.ditamo@co.dakota.mn.us
　　　　　　　　　　　　　　　　　　Assistant County Attorney
　　　　　　　　　　　　　　　　　　Dakota County Judicial Center
　　　　　　　　　　　　　　　　　　1560 Highway 55
　　　　　　　　　　　　　　　　　　Hastings, MN  55033
　　　　　　　　　　　　　　　　　　Telephone: (651) 438-4459
　　　　　　　　　　　　　　　　　　Fax:  (651) 438-4479

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DAKOTA COUNTY**