# United States Bankruptcy Court
**District of Minnesota**

| | |
|---|---|
| In re **MEnD Correctional Care, PLLC** | Case No. **22-60407** |
| Debtor(s) | Chapter **11** |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's mailing address was incorrect:**

Name: **Kendra Nicole Navarro**

Address: **5107 Byrd Avenue
Apt. #109
Saint Cloud, MN 56303**

**Please be advised that effective December 14, 2022,
The Creditor's mailing address is:**

Name: **Kendra Nicole Navarro**

Address: **5107 Byrd Avenue
Apt. #109
Racine, WI 53406-4846**

        **/s/ Steven B. Nosek**
        **Steven B. Nosek 79960**
        Authorized Signer/Title

# United States Bankruptcy Court
**District of Minnesota**

| | | |
|---|---|---|
| In re | **MEnD Correctional Care, PLLC** | Case No. **22-60407** |
| | Debtor(s) | Chapter **11** |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's mailing address was incorrect:**

Name:    **Khider Elnimeiry**

Address:    **650 Sprin Street**
**Sun Prairie WI 53590-9323**

**Please be advised that effective December 14, 2022,**
**The Creditor's mailing address is:**

Name:    **Khider Elnimeiry**

Address:    **650 Spring Street**
**Sun Prairie WI 53590-9323**

**/s/ Steven B. Nosek**
**Steven B. Nosek 79960**
Authorized Signer/Title

# United States Bankruptcy Court
### District of Minnesota

In re **MEnD Correctional Care, PLLC**  Case No. **22-60407**
Debtor(s)  Chapter **11**

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's mailing address was incorrect:**

Name: **Kyann Lynn Nyus**

Address: **2877 Todd Line**

**Staples, MN 56479-5395**

**AND**

**The Creditor's mailing address was listed incorrectly as:**

Name: **Kyann Lynn Nyhus**

Address: **2877 Todd Line**

**Staples, MN 56479-5395**

**Please be advised that effective December 14, 2022,
The Creditor's mailing address is:**

Name: **Kyann Lynn Nyhus**

Address: **28877 Todd Line**

**Staples, MN 56479-5295**

/s/ Steven B. Nosek
**Steven B. Nosek 79960**
Authorized Signer/Title