UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                                       BKY No.:  22-60407
                                                                                                                                                                                 Chapter 11

**MEnD Correctional Care, PLLC,**

        **Debtor.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2022, I caused a copy of **Change of Address of Creditors for each of the parties listed below** to be filed electronically with the Clerk of Court through CM/ECF, and that CM/ECF will send an e-notice of the electronic filing to all parties registered to receive electronic service in this case;
**AND**
I hereby certify that on December 18, 2022, I caused a copy of the **Change of Address of Creditor (Doc. 21) and the Notice of Chapter 11 Bankruptcy Case (Doc. 6)** to be mailed by US Mail, postage prepaid, to the following parties, listed below:

Kendra Nicole Navarro
5107 Byrd Avenue
Apt. #109
Racine WI 53406-4846

Khider Elnimeiry
650 Spring Street
Sun Prairie MN 53590-9323

Kyann Lynn Nyhus
28877 Todd Line Rd
Staples MN 56479-5295

                                                                                        **STEVEN B. NOSEK, P.A.**

Dated this 18th day of December, 2022.         /e/ Steven B. Nosek
                                                                                       Steven B. Nosek