**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:  BKY No.: 22-60407
Chapter 11

**MEnD Correctional Care, PLLC,**

        **Debtor.**

## NOTICE OF WITHDRAWAL

TO:   The Clerk of Court and all entities pursuant to Local Rule 9013-3.

1.   The undersigned, on behalf of MEnD Correctional Care, PLLC ("Debtor") filed a Notice of Hearing and Motion Objecting to the Appointment of a Healthcare Ombudsman on December 6, 2022 (Doc. 9). The Motion was set for hearing before the Honorable Michael E. Ridgway on Wednesday, December 21, 2022 at 9:00 a.m., 204 Edward J. Devitt United States Courthouse and Federal Building, 118 South Mill Street, Fergus Falls, MN 56537.

2.   The Debtor hereby withdraws the above-referenced Motion (Doc. 9) and asks the Court to strike the hearing from its calendar.

**STEVEN B. NOSEK, P.A.**

Dated: December 20, 2022.

/e/ Steven B. Nosek
Steven B. Nosek, #79960
2812 Anthony Lane South, Suite 200
Minneapolis, MN 55418
(612) 335-9171
snosek@noseklawfirm.com
Attorney for Debtor

–1–

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                                                      BKY No.: 22-60407
                                                                                                             **Chapter 11**

**MEnD Correctional Care, PLLC,**

            **Debtor.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on December 20, 2022, I caused a copy of **Notice of Withdrawal of the Notice of Hearing and Motion Objecting to the Appointment of a Healthcare Ombudsman (Doc. 9)** to be filed electronically with the Clerk of Court through CM/ECF, and that CM/ECF will send an e-notice of the electronic filing to all parties registered to receive electronic service in this case.

                                                                                      **STEVEN B. NOSEK, P.A.**

Dated this 20th day of December, 2022.               /e/ Steven B. Nosek