UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

MEnD Correctional Care, PLLC,

Debtor.

Chapter 11

BKY 22-60407

ORDER

This matter came before the court for hearing on a motion by the debtor seeking an order that a patient care ombudsman not be appointed in this case. Objections to the motion were filed by the Acting U.S. Trustee, appearing through her counsel. Michael R. Fadlovich. Other appearances were as noted in the record.

Based upon the pleadings, all the files and records herein, and good cause appearing, it is hereby ORDERED:

1. The debtor's motion seeking an order that a patient care ombudsman need not be appointed was withdrawn on December 20, 2022.

2. The Acting United States Trustee shall appoint a patient care ombudsman pursuant to 11 U.S.C. §333(a)(1).

December 21, 2022

*/e/ Michael E. Ridgway*
MICHAEL E. RIDGWAY
United States Bankruptcy Judge