**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY Case No. 22-60407 |
| MEnD Correctional Care, PLLC, | Chapter 11 case |
| Debtor. | |

---

**ORDER FOR TELEPHONIC STATUS CONFERENCE**

---

IT IS ORDERED:

1. **Date:** A **telephonic** status conference will be held on **January 4, 2023, at 1:15 p.m.**

2. **Agenda:** Counsel for the debtor, counsel for the United States Trustee, and the patient care ombudsperson shall be present by telephone and shall be prepared to discuss:

    a) The debtor's request for a status conference regarding Term 3 of the Court's order appearing at ECF No. 30, regarding the payment of a retainer; and
    b) Any issue raised by the foregoing.

3. **Preparation:** Counsel for the parties should be prepared to discuss the agenda and should discuss settlement possibilities with opposing counsel prior to the status conference.

4. **Call-In Information:** The Court's staff will provide counsel with the call-in information for the telephonic status conference.

Dated: *January 3, 2023*         */e/ Michael E. Ridgway*
                                 Michael E. Ridgway
                                 United States Bankruptcy Judge