# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

MEnD Correctional Care, PLLC ,                          Chapter 7
                                                        Case No. 22-60407
                    Debtor.

## TRUSTEE'S OBJECTION TO RELIEF FROM STAY

Erik Ahlgren, the trustee in the above-referenced matter, files this response to the

motion for relief from stay filed by AFCO Credit Corporation (Doc 79).

I was appointed as trustee of this converted case on February 22. I became aware

of this motion for relief from stay this afternoon and have not had an adequate

opportunity to understand the possible effect on the estate. I am particularly concerned

with the request for *nunc pro tunc* relief. I would like to understand whether the

insurance in effect during the chapter 11 case would be void, or potentially void, if *nunc

pro tunc* relief is granted. If the insurance is later determined to be void and an insurable

claim were to arise, it would create a significant administrative expense that would take

assets away from other, deserving priority unsecured creditors such as the employees.

While it is my understanding that the Debtor's operations had fully ceased prior to the

conversion, I would further like to understand whether granting the *nunc pro tunc* relief

would create the possibility of exposure of possible liability for the chapter 7

bankruptcy estate.

Because of the uncertainty regarding this motion for relief from stay and, in

particular, the Debtor's request for *nunc pro tunc* relief, I object to the motion.

Ahlgren Law Office, PLLC

Dated: February 23, 2023

/e/Erik A. Ahlgren
Erik A. Ahlgren, Attorney #191814
Sarah C. Duffy, Attorney #0393621
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net
sarah@ahlgrenlawoffice.net

ATTORNEYS FOR TRUSTEE