UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                   Bky File No. 22-60407

Chapter 7

MEnD Correctional Care PLLP

Debtor.

ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This case is before the Court on the Motion of Heather Blersch, as Special Administrator of the Estate of Ronquale M. Ditello Scott, Jr., deceased, for relief from the automatic stay. Appearances were as noted in the court record. Based upon on motion, the memorandum of law and the files,

IT IS ORDERED:

1. The motion for relief from stay is hereby granted such that movant may exercise its rights and remedies under applicable non-bankruptcy law to prosecute its claims against the debtor in the United States District Court for the Eastern District of Wisconsin and to recover any judgment granted by that court from the debtor's liability insurance carriers; and

2. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *January 28, 2025*

                                           */e/ Michael E. Ridgway*
                                           Michael E. Ridgway
                                           UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

District of Minnesota

In re: Case No. 22-60407-MER

MEnD Correctional Care, PLLC Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-6      User: admin      Page 1 of 4
Date Rcvd: Jan 29, 2025      Form ID: pdf111      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Isabel C. Naveira-Lopez, Hangley Aronchick Segal Pudlin&Schiller, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| aty | + | Mark G. Meyers, Grotefeld Hoffmann LLP, 407 S Third Street, Suite 200, Geneva, IL 60134-2746 |
| aty | + | Mathew A. Hamermesh, Hangley Aronchick Segal Pudlin&Schiller, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| aty | + | Ronald P. Schiller, Hangley Aronchick Segal Pudlin&Schiller, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| intp | + | AFCO CREDIT CORPORATION, c/o Sarah E. Doerr, Esq., Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| op | + | ARC Document Solutions, LLC, 3666 Carnegie Avenue, Cleveland, OH 44115-2714 |
| intp | + | County of Dakota, Dakota County Attorney's Office, c/o Al Ditamo, 1560 Hwy 55, Hastings, MN 55033-2343 |
| intp | | DAKOTA COUNTY, Dakota County Attorney's Office, DAKOTA COUNTY JUDICIAL CENTER, 1560 W HWY 55, HASTINGS, MN 55033-2392 |
| cr | + | Dawn Brenner, Newmark Storms Dworak, 222 South Ninth Street, Ste. 470, Minneapolis, MN 55402-3389 |
| cr | + | Heather Blersch, c/o O'Connor Law Firm LTD, 100 S Wacker Dr Suite 350, Chicago, IL 60606-4020 |
| fa | + | Integrated Consulting Services, LLC, 4917 W 93rd Street, Bloomington, MN 55437-2071 |
| cr | + | Janessa Novak, Newmark Storms Dworak LLC, 222 South Ninth Street, Ste. 470, Minneapolis, MN 55402-3389 |
| cr | + | Kathleen Brenner, Newmark Storms Dworak LLC, 222 South Ninth Street, Ste. 470, Minneapolis, MN 55402-3389 |
| intp | | Kelly Domeier, 1623 Quince Street NW, Andover, MN 55304 |
| auc | + | Lundeen Auction & Appraisers Inc, 955 Mooers Ave S, Cokato, MN 55321-4324 |
| intp | + | Michelle Skroch, 608 Kendall Court, Sartell, MN 56377-4617 |
| misc | + | Nicholas Ratkowski, Ratkowski Law PLLC, 332 Minnesota Street, Suite W1610, St. Paul, MN 55101-1346 |
| cr | + | Patricia Keitel, c/o Louis Meyer, 53 West Jackson Blvd, Suite 724, Chicago, IL 60604-3474 |
| acc | + | Pickett & Demuth LTD, 115 N Court St, Fergus Falls, MN 56537-2106 |
| intp | + | Sherry James, 19 S La Salle St Ste 1400, Chicago, IL 60603-1414 |
| misc | + | Todd Leonard, Correctional Healthcare Consultant, 1468 Monterey Court, Stillwater, MN 55082-5750 |
| op | + | alliantgroup, LP, 3009 Post Oak Blvd. Suite 2000, Houston, TX 77056-6599 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: toddleonardconsulting@gmail.com | Jan 29 2025 21:28:00 | MEnD Correctional Care, PLLC, 1908 Krutchen Court South, Sartell, MN 56377-4645 |
| aty | | Email/Text: POC@lawmoss.com | Jan 29 2025 21:28:00 | Moss & Barnett, 150 South Fifth Street Ste 1200, Minneapolis, MN 55402 |
| intp | | Email/Text: desiree.davidson@co.anoka.mn.us | Jan 29 2025 21:28:00 | ANOKA COUNTY, Anoka County Attorney's Office, 2100 3RD AVE 7TH FL, Suite 720, Anoka, MN 55303-2265 |
| intp | ^ | MEBN | Jan 29 2025 21:25:51 | Susan N Goodman, PIVOT HEALTH LAW LLC, P.O. Box 69734, Oro Valley, AZ 85737-0021 |

TOTAL: 4

Case 22-60407   Doc 303   Filed 01/31/25   Entered 01/31/25 23:30:58   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0864-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf111 | Total Noticed: 26 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Abdiweli Jama |
| intp | | Del Shea Perry |
| intp | | Deyonta Darrell Green |
| intp | | Douglas Gatlin |
| intp | | Ironshore Specialty Insurance Company |
| intp | | Jeremy Riddle |
| intp | | Platte River Insurance Company |
| cr | | Sanela Karic, Acting as Independent Administrator |
| cr | | Steven Lundmark |
| cr | ##+ | Fredrikson & Byron, P.A., 200 S 6th St Ste 4000, Minneapolis, MN 55402-1431 |

TOTAL: 9 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ahlgren Law Office PLLC | on behalf of Plaintiff Erik A. Ahlgren  Trustee erik@ahlgrenlawoffice.net, erik@ahlgrenlawoffice.net |
| Ahlgren Law Office PLLC | on behalf of Trustee Erik Ahlgren   erik@ahlgrenlawoffice.net |
| Alemayehu Ditamo | on behalf of Interested Party County of Dakota al.ditamo@co.dakota.mn.us |
| Andrew J. Glasnovich | on behalf of Creditor Sanela Karic  Acting as Independent Administrator of the Estate of Sanel Pilipovic, Deceased andrew.glasnovich@stinson.com, mpl.lssteam5@stinson.com |
| Barry A O'Neil | on behalf of Miscellaneous Todd Leonard barry@lommen.com |
| Daniel R. Gregerson | on behalf of Interested Party Platte River Insurance Company dangregerson@grjn.com  tknight@grjn.com |
| Daniel Wallace Berglund | on behalf of Interested Party Ironshore Specialty Insurance Company dberglund@ghlaw-llp.com  nsinard@ghlaw-llp.com |
| Daniel Wallace Berglund | on behalf of Plaintiff Ironshore Specialty Insurance Company dberglund@ghlaw-llp.com  nsinard@ghlaw-llp.com |
| Erik Ahlgren | on behalf of Defendant MEnD Correctional Care  PLLC erik@ahlgrenlawoffice.net, erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Erik Ahlgren | |

Case 22-60407   Doc 303   Filed 01/31/25   Entered 01/31/25 23:30:58   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0864-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf111 | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Defendant Mend Correctional Care PLLC erik@ahlgrenlawoffice.net erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Erik Ahlgren | |
| | on behalf of Defendant Erik Ahlgren In His Capacity As Trustee of Mend Correctional Care, PLLC erik@ahlgrenlawoffice.net, erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Erik Ahlgren | |
| | on behalf of Trustee Erik Ahlgren erik@ahlgrenlawoffice.net erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Erik Ahlgren | |
| | on behalf of Plaintiff Erik A. Ahlgren Trustee erik@ahlgrenlawoffice.net, erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Erik Ahlgren | |
| | erik@ahlgrenlawoffice.net erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| Isabel C. Naveira Lopez | |
| | on behalf of Plaintiff Ironshore Specialty Insurance Company inaveira@hangley.com jbarnes@hangley.com;ecffilings@hangley.com |
| Isabel C. Naveira Lopez | |
| | on behalf of Interested Party Ironshore Specialty Insurance Company inaveira@hangley.com jbarnes@hangley.com;ecffilings@hangley.com |
| James C. Brand | |
| | on behalf of Creditor Fredrikson & Byron P.A. jbrand@fredlaw.com, sstallings@fredlaw.com,docketing@fredlaw.com,mcalhoun@fredlaw.com |
| Janine M. Hedback | |
| | on behalf of Defendant Racine County Wisconsin janine@hedbacklaw.com |
| Jason Stover | |
| | on behalf of Interested Party ANOKA COUNTY jason.stover@anokacountymn.gov |
| Joseph Michael Simmer | |
| | on behalf of Interested Party Michelle Skroch jsimmer@meagher.com |
| Karl J. Johnson | |
| | on behalf of Miscellaneous Todd Leonard karlj@sapientialaw.com johnsonkj@gmail.com |
| Logan R. Kugler | |
| | on behalf of Interested Party Deyonta Darrell Green logan.kugler@stinson.com MPL.LSSTeam5@stinson.com |
| Lynn Walters | |
| | on behalf of Defendant Carver County Minnesota lwalters@co.carver.mn.us |
| Mary Jo A. Jensen-Carter | |
| | on behalf of Creditor Patricia Keitel maryjo@buckleyjensen.com cassiewarner@buckleyjensen.com;trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| Mary Jo A. Jensen-Carter | |
| | on behalf of Creditor Heather Blersch maryjo@buckleyjensen.com cassiewarner@buckleyjensen.com;trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| Matthew A. Hamermesh | |
| | on behalf of Interested Party Ironshore Specialty Insurance Company mhamermesh@hangley.com kem@hangley.com;ecffilings@hangley.com |
| Matthew A. Hamermesh | |
| | on behalf of Plaintiff Ironshore Specialty Insurance Company mhamermesh@hangley.com kem@hangley.com;ecffilings@hangley.com |
| Matthew R. Burton | |
| | on behalf of Plaintiff Erik A. Ahlgren Trustee matthew.burton@lawmoss.com, brandi.kasheimer@lawmoss.com |
| Michael R Fadlovich | |
| | on behalf of U.S. Trustee US Trustee michael.fadlovich@usdoj.gov |
| Nicholas Ratkowski | |
| | on behalf of Miscellaneous Nicholas Ratkowski nico@ratkowskilaw.com |
| Nicholas Ratkowski | |
| | on behalf of Interested Party Douglas Gatlin nico@ratkowskilaw.com |
| Nicholas Ratkowski | |
| | on behalf of Interested Party Abdiweli Jama nico@ratkowskilaw.com |
| Nicholas Ratkowski | |
| | on behalf of Interested Party Jeremy Riddle nico@ratkowskilaw.com |
| Oliver Nelson, III | |

| District/off: 0864-6 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf111 | Total Noticed: 26 |

    on behalf of Interested Party Kelly Domeier onelson@magnalaw.net twittbecker@flynngaskins.com

Paul Convery Dworak
    on behalf of Creditor Kathleen Brenner paul@stormsdworak.com

Paul Convery Dworak
    on behalf of Creditor Janessa Novak paul@stormsdworak.com

Paul Convery Dworak
    on behalf of Creditor Dawn Brenner paul@stormsdworak.com

Paul J Bosman
    on behalf of Interested Party Sherry James paul.bosman@gmail.com

Ronald Paltin Schiller
    on behalf of Interested Party Ironshore Specialty Insurance Company rschiller@hangley.com baw@hangley.com;ecffilings@hangley.com

Ronald Paltin Schiller
    on behalf of Plaintiff Ironshore Specialty Insurance Company rschiller@hangley.com baw@hangley.com;ecffilings@hangley.com

Sarah E. Doerr
    on behalf of Interested Party AFCO CREDIT CORPORATION sarah.doerr@lawmoss.com maureen.montpetit@lawmoss.com

Sarah E. Doerr
    on behalf of Defendant AFCO CREDIT CORPORATION sarah.doerr@lawmoss.com maureen.montpetit@lawmoss.com

Steven B Nosek
    on behalf of Miscellaneous Todd Leonard snosek@noseklawfirm.com loriadamson@noseklawfirm.com

Steven B Nosek
    on behalf of Debtor 1 MEnD Correctional Care  PLLC snosek@noseklawfirm.com, loriadamson@noseklawfirm.com

Susan Nielsen Goodman
    on behalf of Interested Party Susan N Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

William M. Topka
    on behalf of Interested Party DAKOTA COUNTY will.topka@co.dakota.mn.us jpohjola@dmshb.com

Zorislav Leyderman
    on behalf of Creditor Steven Lundmark zrl@zrllaw.com

Zorislav Leyderman
    on behalf of Interested Party Del Shea Perry zrl@zrllaw.com

TOTAL: 49